**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00959-CR

**NOEL YOUNG ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81903-2018**

## ORDER

Before the Court is appellant's January 6, 2020 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received along with the motion filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE